# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50039 - 2 | **DATE** | 8/16/2008 |
| **CASE TITLE** | USA vs. ERIC CARTER | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings held.  Defendant appears in response to arrest.  Court appoints Robert Fagan as counsel. Defendant informed of rights.  Financial affidavit due August 25, 2008. USA moves for detention. Detention hearing/Preliminary hearing set for August 20, 2008 at 10:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|