# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: United States v.s. Mitchell

FOR: Northern District Of Illinois, Western Division
AT: Rockford, Illinois

LOCATION NUMBER: ▸

PERSON REPRESENTED (Show your full name): Eric Carter ▸

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: ▸ 08-CR-50039-2
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box ▸): ☑ Felony ☐ Misdemeanor
18 USC 2113 (a) - Bank Robbery

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____   SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____   DESCRIPTION _____

## DEPENDENTS

MARITAL STATUS: ☑ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: JAI-LAN CARTER

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | CELLULAR TELEPHONE BILL [illegible] | $400.00 | $ -0- |

**FILED** 8/20/2008
AUG 20 2008

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/20/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▸ *Eric Carter*

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court